# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MARISSA GIRARD and
KENTON GIRARD,

    Plaintiffs,

v.

KAREN V. PAIGE ESQ,
MATTHEW D. ELSTER ESQ,
CANDACE L. MEYERS ESQ,
MICHAEL D. SEVIN ESQ,
BEERMANN LLP,
JANE F. GIRARD,
REGINA A. SCANNICCHIO and
JUDGE WILLIAM YU,

    Defendants.

Civil No. 1:26-cv-01443

District Judge Jeffrey Cummings

**FILED**

FEB 09 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## ADA NOTICE AS TO DISABILITIES

**NOW COMES** Defendant Marissa Girard, and hereby as Exhibit A, attaches *under seal* medical documentation from her treating physician as to her physical disabilities to substantiate the necessity for reasonable accommodations pursuant to the Americans with Disabilities Act which include the following:

    a.    7 days advance notice before court dates
    b.    court attendance allowed in all instances via remote technology e.g. telephone
    c.    the right to be heard exclusively via her written briefs
    d.    21 days to prepare her briefs

**Dated: February 09, 2026**

Respectfully submitted,

Marissa Girard, In Pro Se
965 Forestway Drive
Glencoe, IL 60022
Tel: (773) 425-4393
marissadakis@gmail.com

By: /s/ Marissa Girard

## CERTIFICATE OF SERVICE

The undersigned certifies that this paper and all attachments were (a) filed with the clerk of this Court on February 9 2026, (b) provided via email to the attorneys who have entered their appearances in this matter and the pro se parties per the contact details listed below.

**Electronic Service on Attorneys**

Attorneys are unknown at this time

**Electronic Service on Pro Se Parties**

kg5252@yahoo.com
    for Defendant Kenton Girard

                                      /s/ Marissa Girard