BC

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED
2/9/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CVK

# UNITED STATES DISTRICT COURT
for the

Marissa Girard & Kenton Girard
_____
Plaintiff(s)

v.

Karen Paige, matthew Elster, candace meyer, michael Sevin, beermann LLP, Jane Girard Scannicchio & Judge W. YU
_____
Defendant(s)

Civil Action No. 1:26-CV-01443

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Michael Sevin
161 N. Clark St.
Suite 3000
Chicago, IL 60601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenton Girard
965 Forestway Dr
Glencoe, IL 60022
773-575-7035
k65252@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/9/26

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael Sevin
was received by me on *(date)* 2-9-26 .

☒ I personally served the summons on the individual at *(place)* Christian Powers, Beermann LLP
161 N. Clark St, Suite 3000, Chicago, IL 60601 on *(date)* 2-9-26 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-9-26

*Server's signature*

Kenton Girard
*Printed name and title*

965 Forestway Dr. Glencoe, IL 60022
*Server's address*

Additional information regarding attempted service, etc: