Case: 1:26-cv-01443 Document #: 11 Filed: 02/11/26 Page 1 of 3 PageID #:78

BC MAM
FILED
2/11/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois, Eastern Division

**MARISSA GIRARD; KENTON GIRARD**

*Plaintiff*

v.

**KAREN V. PAIGE ESQ; MATTHEW D. ELSTER ESQ; CANDACE L. MEYERS ESQ; MICHAEL D. SEVIN ESQ; BEERMANN LLP; JANE F. GIRARD; REGINA A. SCANNICCHIO; JUDGE WILLIAM YU**

*Defendant*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:26-cv-01443

## AFFIDAVIT OF SERVICE

I, Noe Ramirez, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Judge William Yu in Cook County, IL on February 11, 2026 at 2:57 pm at 50 W Washington St, Rm 3005, Chicago, IL 60602-1367 by leaving the following documents with Berlem Martinez who as Legal Secretary is authorized by appointment or by law to receive service of process for Judge William Yu.

Complaint
SUMMONS IN A CIVIL ACTION

Additional Description:
Belem Martinez legal secretary for the head judge.
Race: Hispanic or Latino, Sex: Female, Est. Age: 35-44, Hair: Black, Glasses: Y, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.8857354,-87.6336057
Photograph: See Exhibit 1

Total Cost: $154.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

|  |  |
|---|---|
| Executed in Cook County, IL on 2/11/2026. | /s/ *Noe Ramirez*<br>Signature<br>Noe Ramirez<br>+1 (708) 646-1070<br>Proof Illinois LLC<br>No. 117.001863 |



Exhibit 1a)