

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARISSA GIRARD and KENTON GIRARD, <br><br> Plaintiffs, <br><br> v. <br><br> KAREN V. PAIGE ESQ et al. <br><br> Defendants. | Civil No.     1:26-cv-1443 <br><br> District Judge Jeffrey I. Cummings <br><br> **Plaintiffs' Combined Opposition to Beermann Defs' Motions to Reassign Case & for More Time for Responsive Pleading** |

Plaintiffs Marissa Girard and Kenton Girard, both in pro se, for their combined opposition to the Beermann Defendants' motion to reassign case to Judge Jeremy C. Daniel and for additional time to prepare responsive pleadings, hereby argue as follows:

### INTRODUCTION

The date of this filing approximately marks the four-year anniversary of Plaintiffs' extreme misfortune to be forced to oppose Beermann LLP under the post-decree custody proceedings under *IRMO Girard*, Cook County Case No. 2015-D-009633 ("State Court Action"). In brief, Beermann LLP and its attorneys participating in the State Court Action have fully lived up to their well-deserved reputation as the most corrupt law firm in the Cook County Domestic Relations Division, wherein they have violated myriad ethical norms, professional rules, rules of procedure, state laws and federal laws with a shocking and unflagging confidence that they will never face accountability for their pattern of misconduct and law-breaking.

Review of the pleadings under *Girard v. Fernandez* Civil No. 1:25-cv-00136 (pending before District Judge Wood), *Girard v. Village of Glencoe* Civil No. 1:24-cv-00682 (dismissed without prejudice for concern as to intrusion on the State Court Action under the Woodard

1

Doctrine with explicit invitation from District Judge Pallmeyer to re-file after the State Court Action is completed), and *Gw v. Scannicchio* Civil No. 1:25-cv-04551 (pending before District Judge Ellis) – collectively the "Related Matters" – demonstrates that Plaintiffs are mounting a vigorous campaign to seek redress for the misconduct by Beermann LLP and its attorneys.

Claims lodged under the Related Matters include abuse of process, intentional infliction of emotional distress, civil conspiracy, an extensive panoply of Section 1983 claims, civil conspiracy, and violation of the civil RICO statute codified under 18 U.S.C. § 1964. The last claim rests upon evidence adduced that certain of the leadership at Beermann LLP – notably its managing partner John M. D'Arco who seems to be continuing the family business of his Chicago Outfit-affiliated father who was convicted of bribery in this district under consecutive indictments in the 1990s – have engaged in judicial bribery and favor-trading in countless cases in the Cook County Domestic Relations *including the underlying State Court Action*.

I. <u>Judge Daniel is not very familiar with the underlying factual background.</u>

As a threshold matter, Judge Daniel is far less familiar with the subject matter of these proceedings by comparison with the judicial officers presiding over the Related Matters. To wit, Judge Daniel's experience relates exclusively to the removal proceedings under the State Court Action. That matter has been removed twice by Plaintiff Marissa Girard and once by Plaintiff Kenton Girard. Those matters have chronologically proceeded under Civil Nos. 25-cv-04586 (removed on April 28 2025 and remanded on May 6 2025), 26-cv-00042 (removed on January 5 2026 and remanded on January 14 2026) and 26-cv-1399 (removed on February 3, 2026 and still pending as of the date of this filing). Notably, Judge Daniel has presided over the removed matters for a total of **2 months**. By contrast, Judge Wood has presided over *Girard v. Fernandez* for **14 months**; Judge Pallmeyer presided over *Girard v. Village* of Glencoe for **13 months**; and Judge

Ellis has presided over *Gw v. Scannicchio* for **7 months**.

Furthermore, the fact that District Judge Daniel has twice remanded under the removed State Court Action does not imply that he has issued any rulings on the merits. On the contrary, remand qualifies as a procedural, non-substantial ruling. By comparison – with respect to the Related Matters – District Judge Pallmeyer has issued a ruling on the merits, and judging by the previous court dates under *Girard v. Fernandez* and *Gw v. Scannicchio*, District Judges Wood and Ellis are about to propound rulings on the merits.

Therefore the requirement under Rule 40.4(2) is a show-stopper: the handling of both cases by Judge Daniel is **not likely** to result in a substantial saving of judicial time and effort.

II.     The Beermann Defendants are not entitled to an extension.

Because the Beermann Defendants have been served, they are not entitled to waive service now. Under normal circumstances, Plaintiffs would not object. However, because the Beermann Defendants are covertly advancing the State Court Action before Cook County Associate Judge William Yu **WITHOUT ALERTING JUDGE DANIEL** they are engaged in bad faith premeditation in an illegal scheme to collaterally attack federal jurisdiction. Indeed, the Beermann Defendants are submitting fee affidavits to the Supremacy Clause-offending Judge Yu and seeking a (likely significant) monetary award against Plaintiffs on **Friday March 13 2026**.

These extraordinary, federalism-offending circumstances warrant keeping the Beermann Defendants on a short leash.

**WHEREFORE**, Plaintiffs MARISSA GIRARD and KENTON GIRARD pray this Court deny both the transfer to Judge Daniel and the extension of time for responsive pleadings.

| | |
|---|---|
| **Dated: March 12 2026** | Respectfully Submitted, |
| for Kenton Girard, In Pro Se: | for Marissa Girard, In Pro Se: |
| /s/ Kenton Girard<br>965 Forestway Drive<br>Glencoe, IL 60022<br>Email: kg5252@yahoo.com<br>Tel: 773-575-7035 | /s/ Marissa Girard<br>965 Forestway Drive<br>Glencoe, IL 60022<br>Email: marissadakis@gmail.com<br>Tel: 773-425-4393 |

## CERTIFICATE OF SERVICE

The undersigned certify that this paper was electronically filed with the clerk of this Court on March 12 2026 using the pro se box filer.

/s/ Kenton Girard

/s/ Marissa Girard