

FILED
3/19/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
EE

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| MARISSA GIRARD and KENTON GIRARD, <br><br> Plaintiffs, <br><br> v. <br><br> KAREN V. PAIGE ESQ et al. <br><br> Defendants. | Civil No.      1:26-cv-1443 <br><br> District Judge Jeffrey I. Cummings <br><br> **Plaintiff Kenton Girard's Notice as to Denial of Transfer to District Judge Jeremy Daniel** |

Plaintiff Kenton Girard, in pro se, hereby notifies the Court that District Judge Jeremy Daniel today denied the Beermann Defendants' motion to transfer this matter (*Girard v. Girard*, Civil No. 1:26-cv-1399, N. Dist. Illinois; Dkt 48).

Pursuant to this Court's order dated March 16 2026 (Dkt 21), the motions for additional time (Dkt 16, 18) for responsive pleadings are no longer stayed.

**Dated: March 19 2026**

Respectfully Submitted,

for Kenton Girard, In Pro Se:

/s/ Kenton Girard
965 Forestway Drive
Glencoe, IL 60022
Email: kg5252@yahoo.com
Tel: 773-575-7035

**CERTIFICATE OF SERVICE**

The undersigned certify that this paper was electronically filed with the clerk of this Court on March 19 2026 using the pro se box filer.

/s/ Kenton Girard