**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| Kenton Girard, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 26-cv-01443 |
| | ) | Honorable Jeffrey I. Cummings |
| Karen V. Paige, Esq., Matthew D. Elster, | ) | |
| Esq., Candace L. Meyers, Esq., Michael | ) | |
| D. Sevin, Esq., Beermann, LLP, Jane F. | ) | |
| Girard, Regina A. Scannicchio, and Judge | ) | |
| William Yu, | ) | |
| | ) | |
| Defendants. | ) | |

**BEERMANN DEFENDANTS' <u>OPPOSED</u> MOTION LEAVE TO FILE A BRIEF**
**<u>EXCEEDING FIFTEEN PAGES</u>**

NOW COME, Defendants Karen V. Paige, Esq., Matthew D. Elster, Esq., Candace L. Meyers, Esq., Michael D. Sevin, Esq., Beermann, LLP (collectively the "**Beermann Defendants**"), by and through their undersigned counsel and for their <u>Opposed</u> Motion for Leave to File a Motion to Dismiss not to Exceed Twenty-Five (25) Pages in Response to Plaintiff's First Amended Complaint (the "FAC," ECF #32), state:

**<u>MEET AND CONFER STATEMENT</u>**

1. On May 25, 2025, the undersigned email Plaintiff inquiring whether he objected to this motion and the Beermann Defendants' motion for extension of time to respond to Plaintiff's first amended complaint. Mr. Girard responded, "[y]ou are correct, I do object to the extension." (*See*, Emails at **Exhibit 1**).

2. Mr. Girard did not request time to respond, and the undersigned submits that this Motion does not require a briefing schedule.

**<u>REQUEST FOR RELIEF</u>**

3. On February 9, 2026, Plaintiffs Kenton Girard ("Kenton") and Marissa Girard ("Marissa") filed their Original Complaint in this matter. (ECF #1).

4. On April 20, 2026, the Beermann Defendants filed their motion to dismiss the Original Complaint. (ECF #28).

5. On May 11, 2026, Kenton filed the FAC. (ECF #32).

6. In addition to removing Marissa as a Plaintiff, the FAC differs from the Original Complaint in that the FAC: (i) contains 10 counts (the Original Complaint contained 9 counts); (ii) all 10 counts of the FAC are pled against All Defendants (in the Original Complaint, only 4 of the 9 Counts were pled against the Beermann Defendants); and (iii) adds/changes Kenton's claims (*e.g.*, the addition of "Count IX – Violation of First Amendment, 42 U.S.C. § 1983 (All Defendants)"). (ECF #32, ¶¶95-97).

7. Considering the expansion of claims asserted against the Beermann Defendants, the Beermann Defendants respectfully submit that the Motion to Dismiss that they intend to file in response to the FAC will require more than the fifteen (15) pages currently allowed under Local Rule 7.1

8. Therefore, the Beermann Defendants respectfully request that they be granted leave of Court to file a motion to dismiss in response to the FAC that does not exceed twenty-five (25) pages in length.

WHEREFORE, Defendants Karen V. Paige, Esq., Matthew D. Elster, Esq., Candace L. Meyers, Esq., Michael D. Sevin, Esq., Beermann, LLP, Matthew D. Elster respectfully request that this Court enter an ORDER: (1) granting this Motion; (2) granting them leave to file a motion to dismiss in response to Plaintiff's FAC not to exceed twenty-five (25) pages; and (3) granting any other appropriate relief.

Respectfully submitted,

**Karen V. Paige, Esq., Matthew D. Elster, Esq., Candace L. Meyers, Esq., Michael D. Sevin, Esq., Beermann, LLP**

By: /s/ Robert F. Merlo
Kimberly E. Blair (Kimberly.blair@wilsonelser.com)
Robert F. Merlo (Robert.merlo@wilsonelser.com)
Wilson Elser LLP
161 N. Clark, Suite 4500
Chicago, IL 60601
(312) 821-6139
(312) 821-6170
*Their Attorneys*

Page **3** of **4**

336475683v.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 25th Day of May, 2026, service of a true and accurate copy of the above and foregoing was made upon the parties and attorneys of record and those entitled to receive notice via ECF.

Respectfully submitted,

By: <u>/s/ Robert F. Merlo</u>

Kimberly E. Blair
Robert F. Merlo
Wilson Elser Moskowitz
Edelman & Dicker, LLP
161 N. Clark St., Suite 4500
Chicago, IL 60601
(312) 821-6139
kimberly.blair@wilsonelser.com
Robert.merlo@wilsonelser.com
*One of the Attorneys for the Beermann Defendants*

336475683v.1