

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KENTON GIRARD, | Civil No. 1:26-cv-1443 |
| Plaintiff, | |
| v. | District Judge Jeffrey I. Cummings |
| KAREN V. PAIGE ESQ et al. | **Plaintiff Kenton Girard's** |
| Defendants. | **Motion to Set a Briefing Schedule on** |
| | **the Motions to Dismiss Directed at FAC** |

Plaintiff Kenton Girard, in pro se, in support of his motion to set a briefing schedule on the motions to dismiss directed at the First Amended Complaint ("FAC"), hereby states as follows:

Various pending motions to dismiss directed at the First Amended Complaint ("FAC") have been filed under Dkt 36 (on May 26, 2026 by the Judicial Defendants), Dkt 37 (on June 4, 2026 by Defendant Jane Girard) and Dkt 38 (on June 9, 2026 by the Beermann Defendants). Plaintiff has not yet received feedback from Defendants as to whether they approve or oppose this motion to set a briefing schedule under these motions.

Pursuant to the JISR filed under Dkt 31 on May 7, 2026 at p. 7, Plaintiff advised of his intent to file the FAC as of right by May 11, 2026 and Defendants confirmed that such deadline was allowable under as of right under the FRCP. Plaintiff duly filed the FAC on May 11, 2026 under Dkt 32.

Therefore the FAC is the operative pleading. Plaintiff is unaware of any reason to delay advancing the briefing process, and a briefing schedule will allow the parties to effectively manage their time and efforts required to advance their respective arguments at this pleading stage of the litigation.

WHEREFORE, Plaintiff Kenton Girard requests twenty-eight (28) days from the date of this filing through a deadline of **July 20, 2026** to file his opposition briefs to the pending motions to dismiss directed at the FAC.

**Dated: June 22, 2026**

Respectfully Submitted,

/s/ Kenton Girard, In Pro Se
965 Forestway Drive
Glencoe, IL 60022
Email: kg5252@yahoo.com
Tel: 773-575-7035

**CERTIFICATE OF SERVICE**

The undersigned certify that this paper was electronically filed with the clerk of this Court on June 22, 2026 using the pro se box filer.

/s/ Kenton Girard